**Order issued October 29, 2013 Withdrawn; Order filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00568-CV
_____

**LIZZIE J. LOVALL, INDIVIDUALLY; KEITH L. SHAW; INDIVIDUALLY: KENNETH L. YOUNG; INDIVIDUALLY; KIM L. SHAW, INDIVIDUALLY, Appellants**

**V.**

**HARRIS COUNTY, TEXAS, INDIVIDUALLY, OFFICIALLY AND VICARIOUSLY; MAY WALKER, CONSTABLE, PRECINCT 7, INDIVIDUALLY; RUTH MCDUGLE, INDIVIDUALLY; DARLA TURNER, INDIVIDUALLY; JOHN K. GEORGE, OFFICIALLY, INDIVIDUALLY; GOW-MING CHAO, INDIVIDUALLY; ET AL, Appellees**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2011-23410**

## ORDER

On November 13, 2013, appellees filed a motion to reconsider the court's order finding appellants indigent. Appellees motion is granted. This court's order

of October 29, 2013 is withdrawn. Appellants filed a document on October 7, 2013 that this court is liberally construing as an affidavit of indigence filed in this court. *See* Tex. R. App. P. 20.1(d)(2). Pursuant to Tex. R. App. P. 20.1(d)(2), a copy of the document is attached to this order and is sent to the court reporter for the 190th District Court and the Harris County District Clerk. A contest to appellants' affidavit of indigence is due in this court on or before **December 6, 2013.**

PER CURIAM